# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1011**  **September Term, 2024**

FERC-EL24 -85-000
FERC-EL24-85-001
FERC-ER24-1586-001
FERC-ER24-1586-000
FERC-EL24-61-000
FERC-EL24-61-001

**Filed On: January 8, 2025** [2093103]

Midcontinent Independent System
Operator, Inc.,

    Petitioner

  v.

Federal Energy Regulatory Commission,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on January 8, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 7, 2025 |
| Docketing Statement Form | February 7, 2025 |
| Procedural Motions, if any | February 7, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 7, 2025 |
| Statement of Issues to be Raised | February 7, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 7, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 25-1011**　　　　　　　　　　　　　　　　**September Term, 2024**

It is

　　**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | February 7, 2025 |
| Procedural Motions, if any | February 7, 2025 |
| Certified Index to the Record | February 24, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

It is

　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　　Agency Docketing Statement Form
　　　　Entry of Appearance Form
　　　　Request to Enter Appellate Mediation Program (Optional)
　　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　　Stipulation to be Placed in Stand-By Pool of Cases (Optional)